UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO M. BRANCO,<br>    Plaintiff,<br><br>v.<br><br>KIEL (A/K/A KYLE) HUARD,<br>LAWRENCE FERREIRA,<br>THOMAS MAURETTI,<br>DANIEL RACINE, ALBERT<br>DUPERE, FALL RIVER POLICE<br>DEPARTMENT and CITY OF<br>FALL RIVER,<br>    Defendants. | C.A. No.: |

## NOTICE OF REMOVAL

This Court is hereby petitioned that the above-captioned matter, now pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Bristol, Civil Action No.: 1973CV01208, be removed to this Court, with full reservation of all defenses, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support thereof, it is stated that:

1. This is a civil action in which the pro se plaintiff, currently incarcerated at MCI Norfolk, has advanced sundry claims pursuant to the federal and state constitutions, federal and state statutory schemes as well as the common law. A copy of the operative state court complaint is appended hereto and designated as "Attachment A[.]" That pleading contains references to federal law in: (1) the introductory section, where it is stated that the plaintiff is pursuing claims based upon the ". . . State and Federal Civil Rights Acts, and various Constitutionally protected [sic] rights under State and Federal Laws [sic] . . .[;]" Compl., p. 2; (2) the "Jurisdiction and Venue" section, where it is stated that the "action is authorized by the Laws and Constitutions of the Commonwealth of Massachusetts and the United States of America, and

1

the respective Articles and Amendments including M.G.L. c. 258, c. 93A, and 42 U.S.C. § 1983. . . .[;]" Compl., pp. 2-3; (3) "Count X[,]" where it is alleged that the defendants are "in violation [sic] State and Federal Laws, Statutes and Torts for each of the hereto listed [sic] Counts, and WHEREFORE, the Plaintiff asserts his rights and this CLAIM under full statutes, constitutions and laws of both the Commonwealth of Massachusetts and the United States of America." Compl., p. 16.

    2. The underlying action therefore may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441 (a) in that the action includes federal claims over which this Court would have original jurisdiction as a civil action arising under the "Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1367, this Court possesses supplemental jurisdiction over all state law claims contained within the complaint as the state law claims derive from a common nucleus of operative fact and form part of the same case or controversy as that presented by the federal claims.

    2. Appended hereto and designated as "Attachment B" is the state court docket for this matter.

    3. Appended hereto and designated as "Attachment C" are the various docket entries in this matter that are accessible electronically through the Superior Court's electronic docket.

    4. The filing of this notice complies with the thirty day window for removal imposed by 28 U.S.C. § 1446, as service purportedly was made on January 31, 2020. Within Attachment C are the summonses for the named defendants; those summons packages contain an attempt at service by means of certified mail on January 31, 2020.

    5. Appended hereto and designated as "Attachment D" is the United States District Court District of Massachusetts Civil Cover Sheet

6. Appended hereto and designated as "Attachment E" is the United States District Court Case Category Form.

7. Pursuant to 28 U.S.C. § 1446 (d), written notice of the filing of this Notice of Removal will be sent promptly to the pro se plaintiff and filed with the Superior Court.

8. Pursuant to 28 U.S.C. § 1441 (a), venue in this division is proper because this action currently is pending in the Bristol County Superior Court, a court sitting within the jurisdiction of the eastern division of the United States District Court for the District of Massachusetts.

9. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of the defendants' rights to assert any defense or affirmative matter.

WHEREFORE, it is respectfully requested that the above-captioned matter now pending in Dukes County of the Commonwealth of Massachusetts be removed to this Court.

| | |
|---|---|
| DEFENDANTS KIEL HUARD, DANIEL RACINE and ALBERT DUPERE, By their attorneys, | DEFENDANTS LAWRENCE FERREIRA, THOMAS MAURETTI, FALL RIVER POLICE DEPARTMENT and CITY OF FALL RIVER, By their attorney, |
| /s/ Andrew J. Gambaccini<br>Andrew J. Gambaccini<br>BBO #: 654690<br>Reardon, Joyce & Akerson, P.C<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508.754.7285<br>agambaccini@rja-law.com | /s/ Gary Howayeck<br>Gary Howayeck<br>BBO #: 630053<br>Assistant Corporation Counsel<br>City of Fall River<br>One Government Center<br>Fall River, MA 02720<br>508.324.2650<br>ghowayeck@fallriverma.org |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 11, 2020.

                                                      /s/ Andrew J. Gambaccini
                                                      Andrew J. Gambaccini